Case 14-29815    Doc 1    Filed 08/14/14    Entered 08/14/14 08:32:42    Desc Main
          Document      Page 5 of 18

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re *Matthew S. King*                                    Case No.
                                                           Chapter *13*

_____/ Debtor

Attorney for Debtor:   *Arthur W. Rummler*

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *08/12/2014*                          */s/ Matthew S. King*
                                            Debtor

Adventist Hinsdale Hospital
75 Remittance Drive
Ste. 3250
Chicago, IL  60675-3250

Americash Loans
PO Box 184
Des Plaines, IL  60016

ARS
201 W. Grand
Escondido, CA  92025

Arthur W. Rummler
799 Roosevelt Road
Building 2, Suite 104
Glen Ellyn, IL  60137

Barclays Bank Delaware
PO Box 8803
Wilmington, DE  19899

Chase
PO Box 15298
Wilmington, DE  19850

DSNB/Macys
PO Box 8218
Mason, OH  45040

Ford Credit
PO Box 542000
Omaha, NE  68154

Freedman Anselmo Lindberg LLC
PO Box 3228
Naperville, IL  60566

Illinois Tollway Authority
ATTN: Violation Adminstration
2700 Ogden Avenue
Downers Grove, IL  60515

Matthew S. King
4061 Central Ave.
Western Springs, IL  60558

Nordstrom
PO Box 6565
Englewood, CO  80155-6565

Penn Credit
PO Box 1259
Oaks, PA  19456

Pierce and Associates, PC
1 N. Dearborn St., Suite 1300
Chicago, IL  60602

```
PNC Bank
PO Box 5570
Cleveland, OH  44101-0570

PNC Mortgage
3232 Newmark Drive
Miamisburg, OH  45342

PNC Mortgage
PO Box 3180
Pittsburgh, PA  15230
```

**Fill in this information to identify your case:**

Debtor 1: Matthew S. King
_First Name    Middle Name    Last Name_

Debtor 2: _____
(Spouse, if filing) _First Name    Middle Name    Last Name_

United States Bankruptcy Court for the: NORTHERN District of ILLINOIS

Case number _____
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income                                                                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Salesman | Part time daycare |
| **Employer's name** | GE Booth and Co. |  |
| **Employer's address** | 8202 W. 10th Ave.<br>_Number  Street_<br><br>Indianapolis    IN    46214<br>_City    State    ZIP Code_ | _Number  Street_<br><br>_City    State    ZIP Code_ |
| **How long employed there?** | 1 year |  |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 7500.00 | $ 1350.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $ 7500.00 | $ 1350.00 |

Official Form B 6I                              Schedule I: Your Income                              page 1

Debtor 1  __Matthew S. King_____     Case number (*if known*)_____
          First Name   Middle Name   Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **Copy line 4 here** ➔ 4. | $ 7500.00 | $ 1350.00 |

5. **List all payroll deductions:**

| | | |
|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions**  5a. | $ 1331.08 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans**  5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans**  5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans**  5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance**  5e. | $ 770.00 | $ 0.00 |
| 5f. **Domestic support obligations**  5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues**  5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _Flex health spending account_  5h. +$ | 208.32 | +$ 0.00 |

6. **Add the payroll deductions**. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $ 2309.40     $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 5190.60     $ 1350.00

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**

   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00     $ 0.00

   8b. **Interest and dividends**   8b.   $ 0.00     $ 0.00

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00     $ 0.00

   8d. **Unemployment compensation**   8d.   $ 0.00     $ 0.00

   8e. **Social Security**   8e.   $ 0.00     $ 0.00

   8f. **Other government assistance that you regularly receive**

   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.   $ 0.00     $ 0.00

   8g. **Pension or retirement income**   8g.   $ 0.00     $ 0.00

   8h. **Other monthly income.** Specify: _reimbursed auto exp._   8h. +$ 1350.00     +$ 0.00

9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 1350.00     $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 6,540.60   +   $ 1,350.00   =   $ 7890.60

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies   12.   $ 7890.60
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ☑ Yes. Explain: Debtor is salary and commission. Debtor anticipates possible additional growth. Also family member has offered assistance in order to help debtors keep house.

Official Form B 6I    **Schedule I: Your Income**    page **2**

**Fill in this information to identify your case:**

Debtor 1: Matthew S. King
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN   District of ILLINOIS

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 11 | ☐ No  ☑ Yes |
   | Son | 8 | ☐ No  ☑ Yes |
   | Son | 7 | ☐ No  ☑ Yes |
   | Daughter | 3 | ☐ No  ☑ Yes |
   |  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)**

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 2649.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 200.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

Official Form B 6J                      Schedule J: Your Expenses                      page 1

Debtor 1  **Matthew S. King**  Case number (*if known*)_____
         *First Name  Middle Name  Last Name*

| | | | **Your expenses** |
|---|---|---|---:|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 254.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 65.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 328.00 |
| | 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 1000.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 200.00 |
| 10. | **Personal care products and services** | 10. | $ 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 47.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 141.00 |
| | 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 518.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| | 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Official Form B 6J          **Schedule J: Your Expenses**          page **2**

Debtor 1  Matthew S. King
_____
First Name    Middle Name    Last Name

Case number (*if known*)_____

21. **Other**. Specify: Employee auto expenses (sales)     21. +$ 1050.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.    22. $ 6952.00

23. **Calculate your monthly net income.**
    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $ 7890.60
    23b. Copy your monthly expenses from line 22 above.    23b. −$ 6952.00
    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.    23c. $ 938.60

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here: